# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MERRILL PRIMACK, on behalf of himself and a proposed class, | ) )  )  Case No. 1:16-cv-01740 |
| Plaintiff, | ) ) |
| v. | )  Judge Jorge L. Alonso ) |
| VISTA ENERGY MARKETING, L.P. and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) ) ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Merrill Primack and Defendant Vista Energy Marketing, L.P. hereby stipulate to dismissal of Plaintiff's individual claims in this action with prejudice, and dismissal of the putative class claims without prejudice, with each party to bear their own costs and fees.

DATED: November 17, 2016.

Respectfully submitted,

By: s/Kenneth E. Payson
Kenneth E. Payson
Lauren B. Rainwater
Davis Wright Tremaine LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
kennethpayson@dwt.com
laurenrainwater@dwt.com

Sean Sullivan
Davis Wright Tremaine LLP
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 633-8644
Facsimile: (213) 633-6899
seansullivan@dwt.com

Eric L. Samore
Yesha Sutaria Hoeppner
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
Telephone: (312) 894-3251
Facsimile: (312) 997-1843
esamore@salawus.com

*Counsel for Defendants Vista Energy Marketing L.P.*


By: s/Tiffany N. Hardy
Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

*Counsel for Plaintiff Merrill Primack*

## **CERTIFICATE OF SERVICE**

      I, Tiffany N. Hardy, hereby certify that on November 17, 2016, I caused to be filed the foregoing document via the CM/ECF System, which caused notification to be sent to the following parties:

Eric L. Samore
esamore@salawus.com

Sean Michael Sullivan
seansullivan@dwt.com

Yesha Sutaria Hoeppner
Yhoeppner@salawus.com

Rainwater Burdette Lauren
LaurenRainwater@dwt.com

Kenneth E. Payson
kennethpayson@dwt.com

                                                  s/Tiffany N. Hardy
                                                  Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379