# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Merrill Primack

                        Plaintiff,

v.                                                  Case No.: 1:16–cv–01740
                                                          Honorable Jorge L. Alonso

Vista Energy Marketing, L.P., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 18, 2016:

      MINUTE entry before the Honorable Jorge L. Alonso: A stipulation of voluntary dismissal has been filed. Plaintiff's individual claims in this action are dismissed with prejudice, and the putative class claims are dismissed without prejudice. The status hearing date of 11/29/16 is stricken. Civil Case Terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.